# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:03-CR-00256-KJD-RJJ |
| v. | **ORDER** |
| MARTIN CABRERA-TAPIA, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Early Release (#76). The Government filed a response in opposition (#77). Defendant's motion is based upon his belief that 18 U.S.C. § 3624 had been amended by the Federal Prison Bureau Nonviolent Offender Relief Act of 2013 ("the Relief Act"). The proposed amendment would have authorized early release of offenders meeting the defined criteria. However, the Relief Act was neither voted upon by Congress nor signed into law by the President of the United States. Therefore, the statute relied upon by Defendant does not support his early release.

Accordingly, Defendant's Motion for Early Release (#76) is **DENIED**.

DATED this 27th day of January 2015.

_____
Kent J. Dawson
United States District Judge